IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0418
 ((((((((((((((((

 Kaufman County Development District No. 1,

 v.

 GARY HENRY, ET AL.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate appeal, filed on August 12, 2004, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until
November 18, 2004, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 20th day of August, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk